UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:04-CR-00120-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE JAMES, JR. | ORDER TO SEAL |

On motion of the Defendant, EUGENE JAMES, JR., and for good cause shown, it is hereby ORDERED that DE [126] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 9th day of April, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
robin.pendergraft@usdoj.gov

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
Jane.jacklson@usdoj.gov

By email on March 1, 2019.

                                            G. ALAN DUBOIS
                                            Federal Public Defender

                                            ROBERT E. WATERS
                                            Attorney for Defendant
                                            Office of the Federal Public Defender
                                            150 Fayetteville Street, Suite 450
                                            Raleigh, North Carolina 27601
                                            Telephone: 919-856-4236
                                            Fax: 919-856-4477
                                            Email:  Robert_Waters@fd.org
                                            N.C. State Bar No. 32985
                                            LR 57.1 Counsel Appointed