UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:04-CR-00120-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE JAMES, JR. | ORDER TO SEAL |

On motion of the Defendant, EUGENE JAMES, JR., and for good cause shown, it is hereby ORDERED that DE 133 be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 1st day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
robin.pendergraft@usdoj.gov

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
Jane.jacklson@usdoj.gov

By email on March 1, 2019.

                                                           G. ALAN DUBOIS
                                                           Federal Public Defender

                                                           ROBERT E. WATERS
                                                           Attorney for Defendant
                                                           Office of the Federal Public Defender
                                                           150 Fayetteville Street, Suite 450
                                                           Raleigh, North Carolina 27601
                                                           Telephone: 919-856-4236
                                                           Fax: 919-856-4477
                                                           Email:  Robert_Waters@fd.org
                                                           N.C. State Bar No. 32985
                                                           LR 57.1 Counsel Appointed